**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-21-00332-CR**
_____

**IN RE RONNIE J. CURTIS**

**Original Proceeding**

**MEMORANDUM OPINION**

Ronnie J. Curtis filed a petition for a writ of mandamus to compel DNA testing. We notified Curtis of several defects in his petition, including his failure to identify the respondent, the real party in interest, the trial court, and the case number. *See generally* Tex. R. App. P. 52. Although we provided an opportunity for Curtis to amend his petition, Curtis failed to cure the defects we identified in his petition.

We "may issue all writs of mandamus, agreeable to the principles of law regulating those writs, against . . . a judge of a district . . . court in the court of appeals district." *See* Tex. Gov't Code Ann. § 22.221. Curtis failed to provide sufficient information for this Court to determine its jurisdiction and the relator's right to relief. Accordingly, we dismiss the petition.

1

PETITION DISMISSED.

PER CURIAM

Submitted on November 5, 2021
Opinion Delivered December 1, 2021
Do Not Publish

Before Kreger, Horton and Johnson, JJ.

2